SARAH E. ROBERTSON #142439
MARK A. DELGADO #215618
DONAHUE FITZGERALD LLP
1999 Harrison Street, 25th Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: srobertson@donahue.com
       mdelgado@donahue.com

Attorneys for Defendant
CHILDREN'S HOSPITAL & RESEARCH
CENTER OAKLAND

WILLIAM R. TAMAYO, SBN 084965 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
DEBRA A. SMITH, SBN 147863 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Phillip Burton Federal Building
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone: (415) 522-3034
Facsimile: (415) 522-3425
E-mail: debra.smith@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CHILDREN'S HOSPITAL AND RESEARCH CENTER,<br><br>Defendant. | Case No.: CV 13-05715 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REFERRAL OF CASE TO PRIVATE MEDIATION UNDER ADR LOCAL RULE 3 AND FOR EXTENSION OF MEDIATION DEADLINE** |

1.
STIPULATION FOR PRIVATE ADR AND FOR EXTENSION OF MEDIATION
DEADLINE AND [PROPOSED] ORDER /CASE NO.: CV 13-05715 EMC
8/12/2014(29417)#574267.1

1  Whereas the Court previously ordered the parties to participate in Court-sponsored mediation to be completed by August 21, 2014; and

Whereas the parties have agreed to participate in mediation and have reviewed the Court's approved list of mediators (the "Mediators List"); and

Whereas, notwithstanding their mutual review of the Mediators List, the parties were able to only agree upon using one mediator, i.e. Michael Loeb of JAMS; and

Whereas, instead of using the Court-sponsored mediation program, the parties have agreed pursuant to ADR L.R. 3-2 to participate in private mediation using Mr. Loeb as their mediator; and

Whereas the respective schedules of Mr. Loeb, the parties' representatives who are expected to attend the mediation, and the parties' attorneys cannot accommodate a private mediation except on either September 17, 2014 or September 29, 2014.

Based on the foregoing, and subject to the Court's approval and entry of the proposed Order associated with this Stipulation, the parties hereby stipulate as follows:

1. Pursuant to ADR L.R. 3-2, the parties may participate in private mediation in lieu of Court-sponsored mediation;

2. Michael Loeb of JAMS shall be the parties' mediator;

3. The parties shall complete private mediation by September 30, 2014; and

4. In order to effectuate the parties' stipulation to use Mr. Loeb as the mediator, the parties respectfully request that the Court-imposed deadline by which the mediation must be completed be extended through and including September 30, 2014.

IT IS SO STIPULATED

Dated:  August 14, 2014          DONAHUE FITZGERALD LLP

                                 By    /s/ Sarah E. Robertson
                                    Sarah E. Robertson
                                    Attorneys for Defendant
                                    CHILDREN'S HOSPITAL & RESEARCH
                                    CENTER OAKLAND

2.

STIPULATION FOR PRIVATE ADR AND FOR EXTENSION OF MEDIATION DEADLINE AND [PROPOSED] ORDER /CASE NO.: CV 13-05715 EMC

8/12/2014(29417)#574267.1

Donahue Fitzgerald LLP
Attorneys At Law
Oakland

Dated: August 14, 2014          U.S. EQUAL EMPLOYMENT OPPORTUNITY
                                COMMISSION

                          By ___/s/ Debra A. Smith_____
                                Debra A. Smith
                                Attorneys for Plaintiff
                                U.S. EQUAL EMPLOYMENT OPPORTUNITY
                                COMMISSION

## ORDER

The above STIPULATION AND PROPOSED ORDER FOR REFERRAL OF CASE TO PRIVATE MEDIATION UNDER ADR LOCAL RULE 3 AND FOR EXTENSION OF MEDIATION DEADLINE is approved for this case. The parties are to complete Private Mediation by end of September 30, 2014.

IT IS SO ORDERED.

Dated: August  15 , 2014      _____
                              Judge Edward M. Chen
                              U.S. District Court for the Northern District of California

Donahue Fitzgerald LLP
Attorneys At Law
Oakland

3.
STIPULATION FOR PRIVATE ADR AND FOR EXTENSION OF MEDIATION
DEADLINE AND [PROPOSED] ORDER /CASE NO.: CV 13-05715 EMC
8/12/2014(29417)#574267.1

# CERTIFICATE OF SERVICE - F.R.C.P. §5

I, the undersigned, declare: I am employed in the County of Alameda, State of California.  I am over the age of 18 and not a party to the within action.  I am employed by Donahue Fitzgerald, located at 1999 Harrison Street, 25th Floor, Oakland, CA 94612.  I am readily familiar with this firm's business practice of processing of documents for service.

On **August 14, 2014**, I served a true and correct copy of the following document(s):

- **STIPULATION AND [PROPOSED] ORDER FOR REFERRAL OF CASE TO PRIVATE MEDIATION UNDER ADR LOCAL RULE 3 AND FOR EXTENSION OF MEDIATION DEADLINE**

on all the following interested parties, by causing service by the method indicated below:

**WILLIAM R. TAMAYO, SBN 084965 (CA)**
**MARCIA L. MITCHELL, SBN 18122 (WA)**
**DEBRA A. SMITH, SBN 147863 (CA)**
**U.S. EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
**Phillip Burton Federal Building**
**450 Golden Gate Ave., 5th Floor West**
**P.O. Box 36025**
**San Francisco, CA 94102**
**Telephone: (415) 522-3034**
**Facsimile: (415) 522-3425**
**E-mail:  debra.smith@eeoc.gov**

*Attorneys for Plaintiff EEOC*

|   | |
|---|---|
|   | U.S. Mail - By placing a copy of said document(s) in a sealed envelope with postage thereon fully prepaid, and depositing said envelope with the U.S. Postal Service, following this firm's business practices. |
|   | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
|   | Personal Service - By personally delivering said documents(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above. |
| **X** | Electronic Service - By electronically sending a copy of said document(s) to the attorney or party as stated above and as agreed upon, in writing, by the parties. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on **August 14, 2014**, at Oakland, California.

*/s/ Katia Tsvetkova*
Katia Tsvetkova

---

5.

STIPULATION FOR PRIVATE ADR AND FOR EXTENSION OF MEDIATION DEADLINE AND [PROPOSED] ORDER /CASE NO.: CV 13-05715 EMC

Donahue Fitzgerald LLP
Attorneys At Law
Oakland

8/12/2014(29417)#574267.1